JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

ADA GABRIELA MIDENCE GARCIA,

    Petitioner,

    v.

ERNESTO SANTACRUZ, Field Office Director of Enforcement and Removal Operations, Los Angeles Field Office, Immigration and Customs Enforcement, et al.,

    Respondents.

Case No. 5:26-cv-01803-DTB

**J U D G M E N T**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted and a writ of habeas corpus shall be issued requiring Respondents to immediately release Petitioner from custody, and return all property confiscated from him during his arrest and processing into detention. Respondents and their officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with them, are enjoined from redetaining Petitioner without notice and a predetention hearing

1

before a neutral arbiter at which the government bears the burden of proving that Petitioner is a flight risk or danger to the community.  Respondents shall file a status report within two (2) business days to confirm that Petitioner has been released from custody pursuant to the Order Granting Petition for Writ of Habeas Corpus.

DATED: May 13, 2026

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE